UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:03-cr-00142-LJM-DKL |
| ) | |
| CARLOS ESPARZA (02), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Carlos Esparza's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders that Mr. Esparza's supervised release is therefore **REVOKED**. Carlos Esparza is sentenced to the custody of the Attorney General or her designee for a period of twelve (12) months, followed by five (5) years of supervised release.

**IT IS SO ORDERED**.

Date: _____06/02/2015_____

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

United States Marshal Service

United States Probation Office